

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Production Lift Companies, Inc. and Wireline Services, Inc.,

\* From the County Court at Law No. 2 of Midland County, Trial Court No. CC19833.

Vs. No. 11-17-00331-CV

\* May 31, 2019

Rafael Valdez and Kenny Ortiz,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Production Lift Companies, Inc. and Wireline Services, Inc.